CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/11/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | |
|---|---|
| MAURA PICCERILLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:20-cv-00007 |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER[1]

The Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), **IT IS FURTHER ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Entered: September 10, 2020

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge

---

[1] This case is before me by consent of the parties pursuant to 28 U.S.C. § 636(c)(1).